IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **QUANTOVIA ROBINSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | No. 5:20-cv-00212-MTT-TQL |
| **Warden CLINTON PERRY,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## ORDER

Plaintiff Quantovia Robinson, a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Compl., ECF No. 1. Plaintiff also filed a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Plaintiff was previously ordered to file a certified account statement including a printout of his transactions for the previous six months and recast his complaint if he wanted to proceed with this action. Order, ECF No. 5. Plaintiff was given twenty-one days to comply and was cautioned that his failure to do so could result in the dismissal of this action.

Thereafter, Plaintiff did not file the account statement and recast complaint within the allotted time. As a result, Plaintiff was ordered to show cause to the Court why this case should not be dismissed for failure to comply with the Court's orders. Order to Show Cause, ECF No. 6. Plaintiff was again given twenty-one days to respond and was cautioned that his failure to do so would result in the dismissal of this case. *Id.*

More than twenty-one days have now passed, and Plaintiff has not responded to the order to show cause. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.[1]  See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 4th day of September, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] In light of this order, Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED AS MOOT**.